| | |
|---|---|
| EILEEN R. RIDLEY, CA Bar No. 151735<br>    eridley@foley.com<br>**Foley & Lardner LLP**<br>555 California Street<br>Suite 1700<br>San Francisco, CA 94104-1520<br>Telephone:  415.434.4484<br>Facsimile:     415.434.4507<br><br>JAMI A. GEKAS, (*Pro Hac Vice to be filed*)<br>    jgekas@foley.com<br>**Foley & Lardner LLP**<br>321 North Clark Street<br>Suite 3000<br>Chicago , IL 60654-4762<br>Telephone:  312.832.4500<br>Facsimile:     312.832.4700<br><br>ROBERT S. WEISBEIN, (*Pro Hac Vice to be filed*)<br>    rweisbein@foley.com<br>**Foley & Lardner LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Telephone:  212.682.7474<br>Facsimile:     212.687.2329<br><br>Attorneys for Plaintiff CHEGG, INC. | VALERIE M. WAGNER (SBN 173146)<br>VWAGNER@GCALAW.COM<br>KIMBERLY A. DONOVAN (SBN 160729)<br>KDONOVAN@GCALAW.COM<br>GCA LAW PARTNERS LLP<br>2570 W. EL CAMINO REAL<br>MOUNTAIN VIEW, CA 94040, SUITE 400<br>TEL:  (650) 428-3900<br>FAX:  (650) 428-3901<br><br>ATTORNEYS FOR DEFENDANT A.Z. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CHEGG, INC.,<br><br>                          Plaintiff,<br><br>            vs.<br><br>A.Z.,<br><br>                          Defendant. | Case No. 19-cv-7511-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Local Rule 6-2, Plaintiff Chegg, Inc., ("Chegg") and Defendant A.Z. ("A.Z.") hereby stipulate, by and through their respective counsel of record, as follows:

**<u>WHEREAS</u>**

WHEREAS the Complaint in this action was filed on November 14, 2019;

WHEREAS, on November 14, 2019, the Court issued its Case Management Order setting the Initial Case Management Conference for February 12, 2020, and making the Joint Case Management Statement due by February 5, 2020 [Dkt. 3];

WHEREAS, on December 13, 2019, following reassignment of the case to Hon. Edward J. Davila, the Court reset the Initial Case Management Conference to March 5, 2020, with the Joint Case Management Statement due by February 24, 2020 [Dkt. 10];

WHEREAS, on February 12, 2020, Chegg requested an extension of time to effect service of the complaint in light of expedited discovery that revealed the identity of Defendant A.Z. [Dkt. 11];

WHEREAS, on February 13, 2020, the Court granted Chegg's request for an extension of time to serve the complaint and reset the Initial Case Management Conference to April 30, 2020, with the Joint Case Management Statement due by April 20, 2020 [Dkt. 13];

WHEREAS, on April 15, 2020, the parties filed a joint stipulation to enlarge the time for the Initial Case Management Conference and Joint Case Management Statement in light of the parties' active settlement negotiations and of Chegg's intent to file an amended complaint that names an additional defendant identified in discovery [Dkt. 20];

WHEREAS, on April 16, 2020, the Court granted the parties' stipulation and reset the Initial Case Management Conference to May 28, 2020, at 10:00 A.M., with the Joint Case Management Statement due May 18, 2020 [Dkt. 21];

WHEREAS, on May 7, 2020, the Court granted the parties' stipulated requests to continue the Initial Case Management Conference to June 25, 2020, with the Joint Case Management Statement due by June 15, 2020, and to extend the deadline for A.Z. to respond to the complaint to June 15, 2020 [Dkt. 23];

WHEREAS, on June 12, 2020, the Court granted the parties' stipulated requests to continue the Initial Case Management Conference to July 30, 2020, with the Joint Case Management Statement due

by July 16, 2020, and to extend the deadline for A.Z. to respond to the complaint to July 8, 2020 [Dkt. 25];

WHEREAS the parties have reached agreement in principle on, but are still finalizing the terms of, a settlement pursuant to which Chegg will move to dismiss A.Z.;

WHEREAS the parties therefore agree that it would promote efficiency and conserve the Court's and the parties' resources for the Initial Case Management Conference and Joint Case Management Statement, and Defendant's deadline to respond to the Complaint, to be further continued to allow time for the above-mentioned amendment and settlement;

WHEREAS neither party believes this change will negatively impact the schedule in this case.

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Chegg and A.Z., through their respective counsel of record, that:

1. The Initial Case Management Conference currently set for July 30, 2020, at 10:00 A.M., be continued to September 3, 2020, with the Joint Case Management Statement due by August 20, 2020; and

2. The deadline for Defendant to respond to the Complaint be continued from July 8, 2020, to August 21, 2020.

DATED: JULY 7, 2020  **FOLEY & LARDNER LLP**

/s/ Eileen R. Ridley
EILEEN R. RIDLEY
California Bar No. 151735
JAMI A. GEKAS (Pro Hac Vice to be filed)
ROBERT S. WEISBEIN (Pro Hac Vice to be filed)
Attorneys for Plaintiff
CHEGG, INC.

DATED: July 7, 2020      **GCA LAW PARTNERS LLP**


/s/ Valerie M. Wagner
Valerie M. Wagner
Attorneys for Defendant
A.Z.


DATED: _____      **IT IS SO ORDERED**


EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation has been obtained from all signatories to the Stipulation.

DATED: July 7, 2020  **GCA LAW PARTNERS LLP**

/s/   Valerie M. Wagner
VALERIE M. WAGNER
California Bar No. 173146

Attorneys for Defendant
A.Z.