EILEEN R. RIDLEY, CA Bar No. 151735
   eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

JAMI A. GEKAS, (*Pro Hac Vice to be filed*)
   jgekas@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 3000
CHICAGO , IL 60654-4762
TELEPHONE:  312.832.4500
FACSIMILE:   312.832.4700

ROBERT S. WEISBEIN, (*Pro Hac Vice to be filed*)
   rweisbein@foley.com
**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE:  212.682.7474
FACSIMILE:   212.687.2329

Attorneys for Plaintiff CHEGG, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHEGG, INC.,<br><br>                  Plaintiff,<br><br>vs.<br><br>A.Z.,<br><br>                  Defendant. | Case No. 19-cv-7511-EJD<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chegg, Inc., ("Chegg") and Defendant A.Z. ("A.Z.") hereby stipulate and agree to the dismissal with prejudice of all claims in this action, with each party to bear its own respective fees and costs related hereto, all rights of appeal being waived, and no party admitting to any liability.

DATED:  AUGUST 20, 2020  **FOLEY & LARDNER LLP**

/s/ Eileen R. Ridley
EILEEN R. RIDLEY

JAMI A. GEKAS (*Pro Hac Vice to be filed*)

ROBERT S. WEISBEIN (*Pro Hac Vice to be filed*)

Attorneys for Plaintiff
CHEGG, INC.

DATED:  AUGUST 20, 2020  **GCA LAW PARTNERS LLP**

/s/ Valerie M. Wagner
VALERIE M. WAGNER

Attorneys for Defendant
A.Z.

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation has been obtained from all signatories to the Stipulation.

DATED:  AUGUST 20, 2020            **FOLEY & LARDNER LLP**

/s/ Eileen R. Ridley
EILEEN R. RIDLEY

JAMI A. GEKAS (*Pro Hac Vice to be filed*)

ROBERT S. WEISBEIN (*Pro Hac Vice to be filed*)

Attorneys for Plaintiff
CHEGG, INC.